# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:05CV390
## (1:98CR219-10)

| | |
|---|---|
| THOMAS LOWELL EPPS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| Vs. ) | **ORDER OF DISMISSAL** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court on the Petitioner's motion for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241.

The Petitioner is currently incarcerated at the Federal Correctional Facility at Seymour Johnson Air Force Base in Goldsboro, North Carolina. He advises that he will shortly be transferred to a federal correctional facility in Kentucky. Petitions for writs of *habeas corpus* must be filed in the district of confinement. **Rumsfeld v. Padilla**, 542 U.S. 426 (2004); **United States v. Little**, 392 F.3d 671 (4th Cir. 2004). Therefore, the undersigned may not entertain this petition.

**IT IS, THEREFORE, ORDERED** that the Petitioner's motion for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is hereby **DISMISSED**.

3

**Signed: December 30, 2005**

Lacy H. Thornburg
United States District Judge